**MINUTE ENTRY**
January 23, 2007

RON JOHNSON                                   CIVIL ACTION NO. 06-1463-P

versus                                        JUDGE WALTER

VENETIA MICHAEL, ET AL.                       MAGISTRATE JUDGE HORNSBY

*************

Plaintiff's motion for the court to order Defendant to allow Plaintiff sufficient access to law library (Doc. 10) is **denied**. On December 18, 2006 this court ordered Plaintiff to amend his complaint within 30 days to allege specific facts regarding his claims. Plaintiff has requested, and the court has now granted, an extension until February 23, 2007 to file the amended complaint. In order to comply with the court's order, Plaintiff need only provide this court with the facts supporting his claim; no legal analysis or legal research is required.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE