# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

RON JOHNSON                                    CIVIL ACTION NO. 06-1463-P

VERSUS                                         JUDGE WALTER

VENETIA MICHAEL, ET AL.                        MAGISTRATE JUDGE HORNSBY

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this ___3d___ day of ___April___ 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE